UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA        :
        :
     -v-        :    23MAG6893
        :
CESAR MARTINEZ,        :    ORDER
        :
     Defendant.        :
        :
-------------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

      The U.S. Marshal is respectfully directed to notify the Court and counsel for the parties as soon as possible after it learns that Mr. Martinez is being released from the hospital so that the Court can promptly schedule a bail hearing.

      SO ORDERED.

Dated: October 23, 2023
      New York, New York

*[Signature: Katharine H Parker]*

KATHARINE H. PARKER
United States Magistrate Judge