# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

January 11, 2024

**BY ECF AND EMAIL**
The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
CottNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Cesar Martinez*, 23-MJ-6893

Dear Judge Cott:

On October 23, 2023, Your Honor appointed me pursuant to the Criminal Justice Act to represent Cesar Martinez as of October 19.  Earlier today, Mark I. Cohen, Esquire, filed a notice of appearance on behalf of Mr. Martinez as retained counsel.  I will arrange to provide my files to Mr. Cohen for a smooth transition between counsel and respectfully request that I be permitted to withdraw as counsel for Mr. Martinez.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   Mark I. Cohen, Esq. (by email)
      AUSA Amanda Weingarten (by email)
      Cesar Martinez (by legal mail)

---

Application is GRANTED.

SO ORDERED:

January 11, 2024
New York, NY

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

---

Admitted:  NY, CT, DC